LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

Attorneys for Plaintiff
JAMES SANFORD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | Case No. 2:05-cv-1890 MCE GGH |
| Plaintiff, | |
| v. | **ORDER** |
| STRATEGIC RESTAURANTS ACQUISITION CORPORATION dba BURGER KING #1877; JOAN STAFFORD VEDOVI TRUSTEE OF THE JOAN S. VEDOVI FAMILY TRUST, | |
| Defendants. / | |

IT IS HEREBY ORDERED that judgment in this action is entered in favor of plaintiff and against defendants based on Plaintiff's Acceptance of Defendants' Offer of Judgment (with Defendants Strategic Restaurants Acquisition Corp.'s and Joan Stafford Vedovi Trustee of the Joan S. Vedovi Family Trust's Offer of Judgment dated February 27, 2006, attached as Exhibit A) filed in the above-referenced matter on April 3, 2006.

Dated: April 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 1 -